

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00301-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gerard **CORTES**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05707
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a reply brief is GRANTED. The reply brief is due on **October 13, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court